IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HARRISON FRANKLIN,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                              13-cv-452-wmc

DYLON RADTKE,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed and dismissing this case with prejudice as legally frivolous.

*s/*                                                   6/24/2014

Peter Oppeneer, Clerk of Court                      Date