United States District Court
for the Western District of Wisconsin

Harrison Franklin
    Plaintiff-

v.

Dylon Radtke
    Defendant

CASE NO 13-CV-452

REC'D/FILED
2014 JUL 10 PM 2:00
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Notice of Appeal to a Court of Appeals from a Judgement or Order of a District Court

Notice is hereby given that Harrison Franklin (Plaintiff), and Dylon Radtke (defendant) hereby Appeal to the United States Court of Appeals for the 7th Circuit from the final Judgement entered in this Action on the 24th day of June, 2014.

I Swear Under penalty of perjury that all statements are Accurate and true to the best of my knowledge, belief, and Understanding.

Dated this 8th day of July, 2014

Respectfully
*Harrison Franklin* (signature)
Harrison Franklin
Pro/se

C. file