IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HARRISON FRANKLIN,

                                                        ORDER

                Plaintiff,

    v.                                                13-cv-452-wmc

DYLON RADTKE,

                Defendant.

---

State inmate Harrison Franklin filed this lawsuit under 42 U.S.C. § 1983, alleging that a prison official violated his right to privacy. On June 24, 2014, the court denied Franklin leave to proceed with his proposed claim and dismissed this action as legally frivolous. Franklin has now filed a motion for reconsideration, which is construed as one seeking to alter or amend the judgment under Fed. R. Civ. P. 59(e). To prevail on a motion under Rule 59(e), the moving party must identify an error of law that merits reconsideration of the judgment. *See Obriecht v. Raemisch*, 517 F.3d 489, 494 (7th Cir. 2008); *Sigsworth v. City of Aurora, Ill.*, 487 F.3d 506, 511-12 (7th Cir. 2007). Franklin does not show that the dismissal order was entered in error or that he is entitled to relief from the judgment. Accordingly, the motion will be denied.

ORDER

IT IS ORDERED that plaintiff Harrison Franklin's motion for reconsideration (Dkt. # 15) is DENIED.

Entered this 14th day of July, 2014.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge